IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN W. DAVIDSON, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) NO. 10-033-JPG |
| BNSF RAILWAY COMPANY, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  December 7, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE